IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LARRY EDER, et al.,

    Plaintiffs,

v.

L. RYAN BRODDRICK, et al.,

    Defendants.

No. C 06-06008 JSW

**AMENDED ORDER SETTING BRIEFING SCHEDULE**

This matter is set for hearing on January 19, 2007, on Plaintiffs' motion for a preliminary injunction. The Court HEREBY ORDERS that Defendants' opposition shall be due by October 13, 2006. Plaintiffs' reply shall be due by October 17, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 29, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE