BILL LOCKYER
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
JOHN DAVIDSON
Supervising Deputy Attorney General
MICHAEL W. NEVILLE, (SBN 96543)
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5523
  Fax: (415) 703-5480
  E-mail: Michael.Neville@doj.ca.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT LARRY EDER, JUSTIN WESLEY YAGER, and BRYAN D. RANDALL,<br><br>                              Plaintiffs,<br><br>v.<br><br>L. RYAN BRODDRICK, Director, California Department of Fish and Game; MICHAEL FLORES, President, California Fish and Game Commission; BOB HATTOY, Vice President, California Fish and Game Commission; JIM KELLOGG, Member, California Fish and Game Commission; RICHARD B. ROGERS, Member, California Fish and Game Commission; CINDY GUSTAFSON, Member, California Fish and Game Commission; JOHN CARLSON, JR., Executive Director, California Fish and Game Commission; and JON FISCHER, Assistant Executive Director, California Fish and Game Commission,<br><br>                              Defendants. | Case No. C 06 6008 JWS<br><br>**STIPULATION OF PARTIES EXTENDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

/ / /

/ / /

Stip. Of Parties Extending Briefing Schedule For Plaintiffs' Motion For Preliminary Injunction    C 06 6008 JWS

1

1  The parties stipulate that the briefing schedule for the Plaintiffs' Motion for
2  Preliminary Injunction is modified as follows: State defendant's opening brief shall be due by
3  October 18, 2006, and plaintiffs' reply shall be due by October 20, 2006. Signatures may be
4  presented in counterparts.
5        SO STIPULATED.
6
7  Dated: _____  _____
8        JAMES P. WALSH
      Attorney for Plaintiffs
9
10 Dated: _____  _____
      MICHAEL W. NEVILLE
11       Attorney for State Defendants
12 Pursuant to the parties' stipulation to extend the briefing schedule, the Court ORDERS that
   Defendant's opposition shall be filed by no later than 4:00 p.m. on October 17, 2006 and
13 ~~Pursuant To Stipulation, IT IS SO ORDERED.~~
   Plaintiffs' reply shall be filed by no later than 4:00 p.m. on October 19, 2006.
14 IT IS SO ORDERED.
15 Dated: _October 11, 2006_____  _/s/ Jeffrey S. White_____
      Honorable Jeffrey S. White
16       United States District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28

Stip. Of Parties Extending Briefing Schedule For Plaintiffs' Motion For Preliminary Injunction     C 06 6008 JWS

2