IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LARRY EDER, et al.,

    Plaintiffs,

v.

L. RYAN BRODDRICK, et al.,

    Defendants.

No. C 06-06008 JSW

**ORDER CONTINUING HEARING ON PRELIMINARY INJUNCTION AND REQUIRING FURTHER BRIEFING**

Now before the Court is Plaintiffs' motion for preliminary injunction, currently set to be heard on October 27, 2006. In opposition to this motion, Defendants argue that the Court should abstain from adjudicating this motion and dismiss the entire matter pursuant to the *Younger* doctrine. In *Younger v. Harris*, 401 U.S. 37 (1971), the Supreme Court espoused a strong federal policy against federal-court interference with pending state judicial proceedings, absent extraordinary circumstances. *H.C. v. Koppel,* 203 F.3d 610, 613 (9th Cir. 2000); *Middlesex County Ethics Committee v. Garden*, 457 U.S. 423, 431 (1982). The Court must resolve the threshold *Younger* abstention issue because, if the Court "is required to abstain under *Younger* and dismiss the suit, then it has no authority to rule on a party's motion for a preliminary injunction." *See Meredith v. Oregon*, 321 F.3d 807, 816 (9th Cir. 2003). "Abstention is required when: '(i) the state proceedings are ongoing; (ii) the proceedings implicate important state interests; and (iii) the state proceedings provide an adequate opportunity to raise federal questions.'" *Delta Dental Plan of California, Inc. v. Mendoza*, 139 F.3d 1289, 1294 (9th Cir. 1998) (internal citations and quotations omitted).

To ensure that the parties have a full opportunity to brief, and the Court has an opportunity to consider, whether this Court should abstain and dismiss this matter pursuant to the *Younger* doctrine, the Court HEREBY CONTINUES the hearing on Plaintiffs' motion for a preliminary injunction to December 1, 2006 at 9:00 a.m. The Court FURTHER ORDERS that the parties file briefing on the application of *Younger* doctrine as follows:

(1) Defendants shall file an opening brief in support of their position that the Court should dismiss this matter by no later than November 7, 2006;

(2) Plaintiffs shall file their opposition, if any, by no later than November 17, 2006; and

(3) Defendants shall file their reply, if any, by no later than November 22, 2006.

**IT IS SO ORDERED.**

Dated: October 24, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2