IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LARRY EDER, et al.,

    Plaintiffs,

No. C 06-06008 JSW

v.

L. RYAN BRODDRICK, et al.,

**ORDER RE FURTHER BRIEFING**

    Defendants.

_____/

    In its reply brief, Plaintiffs cite to *Healy v. Beer Inst.,* 491 U.S. 324, 336 (1989) for the proposition that the Dormant Commerce clause forbids a state from regulating commerce that takes place wholly outside of the State's borders.  Defendants are directed to file a supplemental reply brief addressing *Healy* by no later than 10:00 a.m. on December 5, 2006.  The supplemental reply brief is limited to five pages and shall only present argument addressing *Healy*.

    **IT IS SO ORDERED.**

Dated: November 30, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE